# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-1723-RBJ

CHARLI BATT, an individual

       Plaintiff,

v.

MEDIATION PROCESSING SERVICES LLC, a Florida limited liability company,

       Defendant.

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Charli Batt respectfully requests that the Clerk enter default against Mediation Processing Services, LLC (the "**Debt Collector**").  As grounds therefor, Plaintiff states as follows.

1.      On July 17, 2017, Plaintiff commenced this action to enforce the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("**FDCPA**") and the Colorado Fair Debt Collection Practices Act, Colo. Rev. Stat. § 5-16-101 *et seq.* ("**CFDCPA**")[1], by filing a summons, complaint, and civil cover sheet (Dkt. 1).

---

[1] During the last legislative session, the Colorado General Assembly renewed and amended the CFDCPA.  S.B. 17-216.  Senate Bill 17-216 added substantive provisions not applicable here, and moved the CFDCPA from Title Twelve of the Colorado Revised Statutes to Title Five.  Plaintiff filed this action prior to the relocation of the CFDCPA, and all references in the complaint are to the original numbering.  All references herein are to the renumbered sections.  The Colorado Attorney General has created a reference table to the renumbered sections, available at
https://coag.gov/sites/default/files/contentuploads/cp/ConsumerCreditUnit/CAR/cfdcpa_retitle_cross_reference.pdf.

2. On July 31, 2017, Plaintiff served the Debt Collector with the summons, complaint, and civil cover sheet. Accordingly, the Debt Collector was required to answer or otherwise respond to the complaint on or before August 21, 2017. A true and correct copy of the return of service is attached hereto as **Exhibit 1**.

3. Defendant failed to answer or otherwise respond to the complaint in the time provided by the Federal Rules of Civil Procedure, and indicated its intent to be bound by any judgment entered in this matter. Therefore, Plaintiffs respectfully request that the Clerk enter default against Defendant.

WHEREFORE, Plaintiff Charli Batt respectfully requests that the Court direct the Clerk to enter default against Defendant Mediation Processing Services, LLC.

Dated this 13th day of September 2017.

> Respectfully submitted,
>
> /s/ Katherine Russell
> Katherine Russell
> Daniel J. Vedra
> Vedra Law LLC
> 1435 Larimer St. Suite 302
> Denver, CO 80202
> Phone: (303) 937-6540
> Fax: (303) 937-6547
> Email: kate@vedralaw.com
> dan@vedralaw.com