**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 17-cv-01723-RBJ

CHARLI BATT, an individual

Plaintiff,

v.

MEDIATION PROCESSING SERVICES LLC, a Florida limited liability company,

Defendant.

---

## AFFIDAVIT OF REQUIRED SHOWING

---

I, Katherine Russell, being first duly sworn upon my oath, do hereby state and depose as follows:

1. Mediation Processing Services (the "**Debt Collector**") is not a minor or an incompetent person.

2. The Debt Collector is not in the military service, as set forth in the Servicemembers Civil Relief Act, 50 App. U.S.C. § 521.

3. The Debt Collector was served on July 31, 2017. A true and correct copy of the Affidavit of Service is attached as **Exhibit 1**.

4. The Debt Collector has not made an appearance in this matter.

5. The sum requested can be made certain by computation on the basis set forth in the motion.

[THIS SPACE INTENTIONALLY LEFT BLANK]

THE AFFIANT FURTHER SAYETH NAUGHT.

STATE OF COLORADO )
)ss.
CITY AND COUNTY OF DENVER )

I, Katherine Russell, hereby certify that the contents of the foregoing are true and correct to the best of my current actual knowledge, information, and belief.

Katherine Russell, Esq.

SUBSCRIBED AND SWORN TO before me, this 26 day of September, 2017, by Katherine L. Russell.

Witness my hand and official seal.

CARYN PFENNIG
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20154030034
MY COMMISSION EXPIRES JULY 30, 2019

Notary Public
My commission expires: July 30, 2019

CARYN PFENNIG
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # [illegible]
MY COMMISSION EXPIRES JULY [illegible]