## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-1723-RBJ

CHARLI BATT, an individual

    Plaintiff,

v.

MEDIATION PROCESSING SERVICES LLC, a Florida limited liability company,

    Defendant.

## CERTIFICATE OF SERVICE

I certify that on October 4, 2017, a true and correct copy of the Motion for Default Judgment and Notice of the Hearing on October 16, 2017 was sent to Mediation Processing Services LLC at this address:

    Mediation Processing Services LLC
    3941 Pall Mall Drive
    Suite 106
    Jacksonville, Florida 32257

    Respectfully submitted,

    /s/ Katherine Russell
    Katherine Russell
    Daniel J. Vedra
    Vedra Law LLC
    1435 Larimer St. Suite 302
    Denver, CO 80202

00025395. 1

Phone: (303) 937-6540
Fax: (303) 937-6547
Email: kate@vedralaw.com
dan@vedralaw.com