IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-1723-STV

CHARLI BATT, an individual

    Plaintiff,

v.

MEDIATION PROCESSING SERVICES LLC, a Florida limited liability company,

    Defendant.

---

## [PROPOSED] JUDGMENT

---

COMES NOW, Plaintiff Charli Batt's Motion for Default Judgment. The Court, having reviewed the motion, the affidavit in support of the motion, and otherwise being fully advised of the premises, GRANTS the Motion and ORDERS judgment to enter in favor of Plaintiff Charli Batt and against Defendant Mediation Processing Services, LLC, as follows: (1) principal in the amount of $4,000.00; (2) attorney fees in the amount of $1,946.25; and costs of $440.00. There shall be no prejudgment interest. Post judgment interest shall accrue at the rate of 1.24%.

DATED THIS 16 day of Oct., 2017.

*[Handwritten annotation: + 2 hours of attorney time for preparation and appearance at the default judgment hearing today. Add $450.00 to 1 bring the attorney's fees to $2396.25]*

[Signature]

00024357.1