# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-1723-RBJ

CHARLI BATT, an individual

    Plaintiff,

v.

MEDIATION PROCESSING SERVICES LLC, a Florida limited liability company,

    Defendant.

## CERTIFICATE OF SERVICE

I certify that on January 15, 2019, a true and correct copy of the Motion for Order Requiring Answers to Interrogatories or to Show Cause and the Notice of Hearing on January 10, 2019 was sent to Mediation Processing Services LLC at this address:

Mediation Processing Services LLC
3941 Pall Mall Drive
Suite 106
Jacksonville, Florida 32257

    Respectfully submitted,

    /s/ Katherine Russell
    Katherine Russell
    Daniel J. Vedra
    Vedra Law LLC
    1435 Larimer St. Suite 302
    Denver, CO 80202

00039887. 1

Phone: (303) 937-6540
Fax: (303) 937-6547
Email: kate@vedralaw.com
dan@vedralaw.com